IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

VICTOR M. CORREA,

      Plaintiff,                    No. CIV S-10-603 GGH P

    vs.

R.L. GOWER, et al.,

      Defendants.            ORDER

_____/

        Plaintiff, a state prisoner proceeding pro se, seeks relief pursuant to 42 U.S.C. § 1983. Plaintiff has consented to the jurisdiction of the undersigned. See docket # 4, filed on March 26, 2010. Plaintiff's original complaint was dismissed by order, filed on June 2, 2010 (docket # 6), with leave to amend. Plaintiff's amended complaint was thereafter dismissed by order, filed on August 23, 2010, with leave to file a second amended complaint within twenty-eight days.

        Plaintiff did not file a second amended complaint. Rather, plaintiff filed an appeal to the Ninth Circuit, on October 1, 2010 (docket # 13). That appeal was "dismissed for lack of jurisdiction" on December 9, 2010 because the order appealed from was "not final or appealable" (docket # 16). Despite the purported interlocutory appeal, the district court retained jurisdiction because this circuit has long "recognized an exception to the general rule that a valid

1

1  notice of appeal divests the district court of jurisdiction over all but tangential matters," when the
2  appeal is patently frivolous.  <u>Marks v. Clarke</u>, 102 F.3d 1012, 1018 n. 8 (9th Cir. 1996), citing
3  <u>Chuman v. Wright</u>, 960 F.2d 104, 105 (9th Cir. F.2d 104, 105 (9th Cir. 1992) ("frivolous or
4  forfeited appeal does not automatically divest the district court of jurisdiction.").  <u>See</u> <u>also</u>, <u>U. S.</u>
5  <u>v. Powell</u>, 24 F.3d 28 (9th Cir. 1994); <u>U.S. v. LaMere</u>, 951 F.2d 1106, 1108 (9th Cir. 1991); <u>U.S.</u>
6  <u>v. Claiborne</u>, 727 F.2d 842 (9th Cir. 1984).  As the appeal, based on an unappealable order, was
7  without merit, plaintiff was not relieved of his obligation to file a proposed second amended
8  complaint timely.  Plaintiff has failed to do so and the time for doing so has long since expired.

9  Plaintiff shall file the second amended complaint within twenty days; no
10  extensions shall be granted.

11  Accordingly, IT IS ORDERED that a second amended complaint shall be filed.
12  DATED: December 17, 2010

/s/ Gregory G. Hollows

GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

15  GGH:009
corr0603.ord2